

# In the Missouri Court of Appeals
# Eastern District

APRIL 26, 2016


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.  ED102820   LARRY DOUGLAS, RES V KELLY DOUGLAS, APP

2.  ED102952 IN THE INTEREST OF:  R.G.

3.  ED102980 CURTIS EDWARDS, APP V STATE OF MISSOURI, RES

4.  ED102989 R. GOLDSTEIN, APP/CR RES V BOA, RES/APP

5.  ED103084 IN THE INTEREST OF:  D.W.

6.  ED103254 EBONY BOWDEN APP V UNITED HEALTHCARE & DES RES

7.  ED103489 TREVOR TYSINGER, APP V STATE OF MISSOURI, RES

8.  ED103629 T. REEVES APP V MO BOARD OF PROBATION & PAROLE RES